# In the United States Court of Federal Claims

**No. 06-889 L**

**MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION**,

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Marian Blank Horn**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of ADR Pilot Program proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk