**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**MAKAH INDIAN TRIBE OF THE**
**MAKAH INDIAN RESERVATION,**

**Plaintiff.**

**v.**

**No. 06-cv-889**
**Judge Lynn J. Bush**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is **GRANTED**;

2. Effective immediately, the litigation of this case is temporarily stayed until July 27, 2007;

3. The parties shall file a joint status report on or before July 27, 2007, informing the Court of the outcome of their discussions and making a proposal to the Court about whether and how to proceed with the case; and

4. In the event that the parties seek to reinstate and proceed with the litigation of this case, the parties shall set forth, in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by Plaintiff of its Amended Complaint (if any); the filing by Defendant of its Answer or response to the Complaint (or Amended Complaint, if any); and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

**SO ORDERED**.

Date: ______________________________ ____________________________________________
HON. LYNN J. BUSH
United States Court of Federal Claims