# In the United States Court of Federal Claims

No. 06-0889 L
(Filed February 23, 2007)

* * * * * * * * * * * * * * * * * * * * * *
MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION *

*Plaintiffs*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 20, 2007, the parties filed a Joint Motion for Temporary Stay of Litigation in the subject matter. In an effort to avoid potentially duplicative and unnecessary filings, promote efficiency, and conserve the resources of the court and the parties, the parties request the subject matter be stayed while the parties engage in settlement discussions and conduct limited discovery. Additionally the parties are seeking permission to file a status report, on or before July 27, 2007, informing the court of the status of settlement discussions and making a proposal to the court about how to proceed with this litigation.

Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**; and all proceedings in this case are **SUSPENDED** pending further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **July 27, 2007**, informing the court of settlement discussions and suggesting further proceedings in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge