# In the United States Court of Federal Claims

No. 06-0889 L

(Filed August 2, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | |
| MAKAH INDIAN TRIBE OF THE | * |
| MAKAH INDIAN RESERVATION | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

On July 27, 2007, the parties filed a Joint Status Report in the subject matter. The parties report on a number of developments in their efforts to move this case forward. Plaintiff informally propounded a number of discovery requests in May 2007, and defendant plans to begin to satisfy those requests and to propose a confidentiality agreement in August 2007. The parties have also made contingency plans for additional discovery requests.

In addition, the parties have conferred and request that defendant's answer or response to the complaint should be filed on or before September 28, 2007. The parties contemplate a conference call between counsel within ten days of the filing of defendant's answer or response to the complaint, to discuss ADR and other case management concerns. Overall, the parties view the abovementioned activities as necessary prerequisites to the implementation of an efficient litigation schedule. The court accedes to the preferences of the parties at this juncture.

Accordingly, it is hereby **ORDERED** that

(1) The parties' informal discovery shall continue as proposed by the parties and the current **stay** in the subject matter shall be **LIFTED**;

(2) Defendant's **RESPONSE** to the complaint shall be **FILED** on or before **September 28, 2007**;

(3) The parties shall **FILE** a **Joint Status Report** on or before **October 31, 2007** indicating their preferences for further proceedings in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge