**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION, | ) | |
| | ) | No. 06-cv-889 LJB |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Judge Lynn J. Bush |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

On August 2, 2007, the Court ordered that the parties submit a Joint Status Report by October 31, 2007, informing the Court of their agreed-upon future proceedings. The parties submit the following report:

1. The parties have not directly engaged in settlement discussions since the lifting of the stay on July 27, 2007. The parties presently lack sufficient information to conduct informed settlement negotiations. As discussed below, the Plaintiff has begun discovery and Defendant is in the process of responding to such discovery.

2. On May 2, 2007, during the stay period, the Plaintiff informally propounded 33 categories of Requests For Production of Records and Documents ("RFP") on Defendant. On May 18, 2007, Plaintiff supplemented its informal discovery requests to Defendant by propounding an additional two categories of RFPs.

3. On July 7, 2007, the parties, through their attorneys, participated in a telephone conference in which the parties discussed Plaintiff's discovery requests. Defendant's attorneys informed Plaintiff's attorneys of the status of Defendant's response to informal discovery. On October 15, 2007, Defendant provided Plaintiff's attorneys with a letter response to Plaintiff's RFPs and a proposed Order Regarding Confidentiality of Certain Documents, Data, and Other Materials to be Provided by Defendant to Plaintiff. Defendant believes that some of its responses to Plaintiff's discovery requests will necessitate providing Plaintiff with documents and materials that are deemed confidential under federal law. The parties are continuing to negotiate a suitable Agreement and believe they are close to finalizing the document and presenting it to the Court for its approval. The parties anticipate that the Confidentiality Agreement will be finalized within the next thirty days. Once the Confidentiality Agreement is approved by the Court, Defendant will be able to respond to Plaintiff's remaining discovery requests.

4. On August 3, 2007, Plaintiff received twelve CD-ROMs from Defendant responding, in whole or in part, to RFP Nos. 2, 14, 15, 16, 17, 19, 20, 21, 22, 24. Since that time, Plaintiff has had difficulty viewing the documents using the same software program as Defendant. Plaintiff has engaged technical assistance to render the CD-ROM information in a useable, searchable format. It appears that the problems have been resolved, and Plaintiff is now proceeding to examine those documents.

5. Plaintiff reserved the right to propound additional discovery pursuant to a discovery plan schedule under the rules of this Court. After Plaintiff and its consulting experts have had an opportunity to review the responses to Plaintiff's RFPs, it is anticipated that

additional discovery may be necessary, including RFPs and possibly interrogatories and depositions.

6. On August 27, 2007, Plaintiff served formal discovery in the form of its First Requests For Production Of Documents to Defendant.

7. On September 28, 2007, Defendant served and filed its Answer to Plaintiff's Complaint.

8. The parties anticipate that discovery in this matter will be extensive and time consuming. The parties will attempt to resolve any discovery disputes between themselves without enlisting the aid of the Court, if possible.

9. On October 22, 2007, attorneys for the parties conferred regarding this status report and the Appendix A Joint Preliminary Status Report, which is due on November 16, 2007, pursuant to RCFC Appendix A. A first and second draft of the Joint Preliminary Status Report has been exchanged between the parties.

10. In a similar case in which the same attorneys for the parties are engaged, the parties' attorneys have conferred telephonically with respect to a Protection Order that would require that the parties take certain steps to preserve documents relevant to this case. In that case, after a conference with the judge, a Protective Order was issued. The parties anticipate that the same or similar Protective Order will be submitted in this case. It is expected that such proposed Protection Order will be filed by the parties within thirty days.

11. Defendant's counsel has authorized Plaintiff's counsel to sign this Status Report and file on behalf of both parties.

DATED this 31st day of October, 2007.

MORISSET, SCHLOSSER, JOZWIAK & McGAW

*s/ Frank R. Jozwiak*
Frank R. Jozwiak
*Attorney of Record for Makah Indian Tribe*
Morisset, Schlosser, Jozwiak & McGaw
1115 Norton Building
801 Second Avenue
Seattle, Washington 98104-1509
Tel:: 206-386-5200
Fax: 206-386-7322
f.jozwiak@msaj.com

*s/ Frank R. Jozwiak for*
*James M. Upton*
JAMES M. UPTON
*Attorney of Record for the United States*
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0482
Fax: 202-305-0506

T:\WPDOCS\0050\10011\Pleadings\Joint Status Report_02.doc
kfn:10/31/07