**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-889 L** |
| | ) | **Judge Lynn Bush** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME ATTACHED MOTION FOR ENLARGEMENT OF TIME TO OBJECT OR RESPOND TO FORMAL DISCOVERY**

Defendant hereby moves for leave to file out of time the attached motion for enlargement of time to object or respond to plaintiff's formal discovery. In support of this motion, the undersigned, defendant's attorney of record, states as follows:

1. Plaintiff served informal requests for discovery on the government on May 2, and 18, 2007 in letter form;

2. On August 2, 2007, Defendant sent detailed comments on, and responses to, these informal requests in the form of a 20- page letter, enclosed certain responsive documents, and emphasized that other responsive documents/data could not be provided until the parties reached agreement on a joint confidentiality stipulation and it had been adopted by the court in the form of a confidentiality protection order;

3. On August 27, 2007, the plaintiff served (by U.S. Mail) formal requests for discovery which consists entirely of the previous informal requests for discovery, with the exception of two requests for production made informally, but not included in the August 27th formal requests.

4. The undersigned never received the August 27th formal discovery requests;

5. The undersigned first learned that these requests had been served when he received the

draft joint status report prepared by plaintiff's counsel, Frank Jozwiak, on October 30, 2007.

Dated this 6th day of November, 2007.

Respectfully submitted,

s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Ph. (202) 305-0482
Fax: (202) 353-2021
E-mail address: james.upton@usdoj.gov

Attorney of Record for Defendant

Attachment

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION,** | |
| **Plaintiff,** | **No. 06-889** |
| **v.** | **Judge Lynn Bush** |
| **UNITED STATES,** | |
| **Defendant.** | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO OBJECT OR RESPOND TO PLAINTIFF'S FORMAL DISCOVERY REQUESTS**

Defendant hereby moves for an enlargement of time of sixty days from September 29, 2007 to, and including, November 28, 2007, to object or respond to plaintiff's formal discovery requests. In support of this motion, the undersigned states as follows:

1. Plaintiff served formal discovery requests on the government on August 27, 2007 by U.S. Mail;

2. The Defendant's responses to these discovery requests were due to be served on September 29, 2007;

3. The undersigned never received these August 27th discovery requests; and

4. The undersigned first learned of these discovery requests on October 30, 2007, when he received a draft joint status report from plaintiff's counsel, Frank Jozwiak;

5. Mr. Jozwiak has authorized the undersigned to state that he does not oppose this motion.

Dated this 6th day of November, 2007.

Respectfully submitted,

s/ James M. Upton
JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20854
Ph. (202) 305-0482
Fax: (202) 353-2021
E-mail address: james.upton@usdoj.gov

Attorney of Record for Defendant