# In the United States Court of Federal Claims

No. 06-889 L

(Filed November 7, 2007)

* * * * * * * * * * * * * * * * * * * * * *

MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The court has before it the parties' Joint Status Report, filed October 31, 2007, and Defendant's Motion for Leave to File Out of Time, which incorporates an attached Defendant's Motion for Enlargement of Time to Object or Respond to Formal Discovery Requests, filed November 6, 2007. The court will accommodate the parties' requests, which appear to serve their interests in pursuing a collaborative approach to gathering and protecting the information needed for the efficient resolution of plaintiff's claims in the subject matter. The court responds to the most pressing concerns of the parties in this order.

First, the court notes that the parties' Joint Preliminary Status Report (JPSR) is due on or before November 19, 2007, pursuant to RCFC 6(e). The parties have also reported that their efforts to agree upon a proposed Confidentiality Agreement, and a Protective Order, should produce results by the end of November. In addition, defendant has requested, and plaintiff does not oppose, an additional sixty days for defendant to object or respond to formal discovery requests by plaintiff, so that defendant's responses or objections shall be due on or before November 28, 2007. Although the court does not oppose a schedule that includes these staggered dates, the court suggests that the parties carefully consider how this schedule and the upcoming discovery activities outlined in Appendix A of this court's rules will harmonize. If a JPSR filing deadline of November 19, 2007 will prevent thorough

consideration of scheduling issues and preparatory measures related to document preservation and confidentiality concerns, the court would entertain a motion to enlarge the JPSR filing date.

Finally, the court agrees to the unopposed enlargement requested by defendant for its responses/objections to formal discovery requests by plaintiff. The parties' JPSR should address, as a matter of particular concern to the court, how and when previous informal and formal discovery response deadlines have been set by the parties, and how these agreed upon deadlines may impact future deadlines which will be formalized in the court's next scheduling order in the subject matter.

Accordingly, it is hereby **ORDERED** that

(1) Defendant's Motion for Leave to File Out of Time, which incorporates an attached Defendant's Motion for Enlargement of Time to Object or Respond to Formal Discovery Requests, filed November 6, 2007, is **GRANTED** for good cause shown;

(2) Defendant's Motion for Enlargement of Time to Object or Respond to Formal Discovery Requests, filed November 6, 2007, is **GRANTED**; **Defendant's responses or objections** to plaintiff's formal discovery requests served on August 27, 2007, shall be due on or before **November 28, 2007**;

(3) The parties shall **FILE** an agreed upon proposed **Confidentiality Agreement** and **Protective Order** on or before **November 30, 2007**; and

(4) The parties' **Joint Preliminary Status Report** , due on or before November 19, 2007, shall include, in addition to the content required by RCFC Appendix A ¶¶ 4-5, a summary of informal and formal discovery events and schedules that have occurred thus far in the subject litigation.

/s/Lynn J. Bush
LYNN J. BUSH
Judge