IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-889 L** |
| **THE UNITED STATES,** | ) | **Judge Lynn J. Bush** |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT CONFIDENTIALITY AGREEMENT AND PROPOSED CONFIDENTIALITY ORDER**

The parties hereby move for an enlargement of time from November 30, 2007, to, and including December 7, 2007, to file joint confidentiality stipulations and a proposed confidentiality order. In support of this motion, the parties state as follows:

1. On November 7, 2007, the Court ordered the government to file its responses to the plaintiff's formal requests for production of documents by November 28, 2007, and ordered the parties to file a joint confidentiality agreement and proposed implementing order on confidentiality by November 30, 2007;

2. On November 28, 2007, Defendant served the Tribe with general objections and detailed responses to the Tribe's 31 formal requests for production of documents;

3. The parties have traded drafts of proposed joint confidentiality stipulations and Defendant furnished plaintiff's counsel with a copy of a confidentiality order entered in another tribal trust case before the Court of Federal Claims;

4. On November 29th, Defendant's counsel attempted to contact plaintiff's counsel to finish negotiating the differences in the language of the parties' respective draft joint

confidentiality stipulations and to reach agreement on the language of a confidentiality order. However, Plaintiff's counsel were unavailable on the 29th;

5. On November 30th, at about 5:30 p.m. Eastern time, the undersigned had a telephone conversation with Frank Jozwiak, plaintiff's attorney of record, about the government's current draft of the confidentiality stipulations. We discussed the government's most significant proposed change;

6. Mr Jozwiak indicated that while it was possible he might be able to agree with this particular change, he stated that he preferred to request additional time from the court which would afford him the opportunity to further analyze the government's suggested language and formulate edits to it, if he deemed it necessary to do so;

7. Mr. Jozwiak agreed with the undersigned's suggestion that the parties should file a joint motion for an enlargement of time of one week (until December 7th) to file their joint confidentiality stipulations and proposed order on confidentiality.

This is the parties' first request for an enlargement of time to file the joint confidentiality stipulations and proposed confidentiality order.

Plaintiff's counsel has authorized the Defendant's counsel to sign this joint motion on his behalf.

Dated this 30th day of November, 2007.

Respectfully submitted,

*s/ Frank R. Jozwiak*

FRANK R. JOZWIAK
*Attorney of Record for Makah Indian Tribe*
Morisset, Schlosser, Jozwiak & McGaw
1115 Norton Building
801 Second Avenue
Seattle, Washington 98104-1509
Telephone: (206) 386-5200
Fax: (206) 386-7322
f.jozwiak@msaj.com

*s/ James M. Upton*

JAMES M. UPTON
*Attorney of Record for Defendant*
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0482
Fax: (202) 353-2021
james.upton@usdoj.gov