# In the United States Court of Federal Claims

No. 06-889 L
(Filed December 3, 2007)

* * * * * * * * * * * * * * * * * * * * * *
MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The court has before it the parties' Joint Motion for Enlargement of Time to File Joint Confidentiality Agreement and Proposed Confidentiality Order, filed November 30, 2007. For the reasons stated therein, it is hereby **ORDERED** that the parties' joint motion for an enlargement of time is **GRANTED**, and the parties' joint stipulation and proposed confidentiality order shall be **FILED** on or before **December 7, 2007**.[1]

/s/Lynn J. Bush
LYNN J. BUSH
Judge

---

[1]/ The court notes that in another tribal trust case, *Prairie Band of Potawatomi Indians v. United States*, No. 06-921 L, the undersigned approved a joint confidentiality stipulation and entered a protective order to answer confidentiality concerns in that case. The parties in the subject matter are invited to review that order, document number 12, to determine whether similar measures would be useful here.