# EXHIBIT 1 TO

# PARTIES' JOINT STIPULATION OF DOCUMENT AND DATA CONFIDENTIALITY AND [PROPOSED] ORDER

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MAKAH INDIAN TRIBE OF THE MAKAH INDIAN RESERVATION, | ) | |
| Plaintiff | ) | No. 06-cv-889 LJB |
| v. | ) | Judge Lynn J. Bush |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF CONFIDENTIALITY**

STATE OF ____________________________

1. My name is ________________________. I live at ________________________. I am serving as (counsel) (an expert) (a paralegal or legal assistant) (designee) on behalf of the Plaintiff Makah Indian Tribe in the above-captioned case.

2. I certify that I have read and understood the entire Joint Stipulation of Confidentiality, as well as the associated Order, both of which are attached hereto and incorporated herewith as Exhibit 1. I agree to undertake and abide fully and completely by the terms of the Joint Stipulation of Confidentiality and associated Order.

3. In particular, and without limitation of the foregoing, I recognize that the Confidential Materials to which I have access as part of my work on this case may contain Confidential Information deemed as such under federal law; I agree to keep confidential the Confidential Information contained in the Confidential Materials; I shall not disclose to, reveal to, or discuss with any person, in any way, any Confidential Information, or the facts and information contained therein, other than as authorized by the Attached Joint Stipulation of Confidentiality and associated Order; and I shall not use the Confidential Information, for any

purpose, except as authorized by the Joint Stipulation of Confidentiality and associated Order,

4. I agree that, upon (a) the termination of the above-captioned case, or (b) the conclusion of my involvement with the above-captioned case, whichever occurs first, I shall execute an affidavit certifying that I have returned or destroyed all such Confidential Materials, as set forth in the attached Joint Stipulation of Confidentiality and associated Order.

5. I understand that, if I disclose or reveal any Confidential Information in violation of the attached Joint Stipulation of Confidentiality and associated Order, I may be subject to all applicable sanctions, including the penalties imposed by the Court for contempt.

_________________________________
(NAME OF AFFIANT)

SWORN TO AND SUBSCRIBED BEFORE ME

THIS _____ DAY OF ________________, 200__.

_________________________________________
NOTARY PUBLIC

T:\WPDOCS\0050\10011\Pleadings\Jt Stip re Confidentiality_EXH 1 103107.doc
kfn:11/30/07